| | |
|---|---|
| 1 | MARIA J. FONSECA, Bar No. 101682 |
| 2 | Law Offices of Maria J. Fonseca<br>702 Marshall Street, Suite 511 |
| | Redwood City, Ca. 94063 |
| 3 | Telephone: 650/367-7727 |
| | Facsimile: 650/367-7729 |

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　)　CR S-05-00145 DFL
　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　 )
　　　　　　　　　　　　　　　)　**STIPULATION AND [PROPOSED] ORDER**
　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
ROSALVA BERNAL,　　　　　　　)
BENITO LEDESMA.　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　)
_____)

Plaintiff United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Benito Ledesma, by his counsel, Maria J. Fonseca, hereby stipulate and agree that the hearing on the motion to suppress and status conference currently calendared for September 15, 2005, should be continued as to defendant Benito Ledesma, and the matter set for change of plea on Thursday October 20, 2005, at 10 a.m.

The parties are in the process of finalizing a plea agreement and require additional time to complete the process and have the agreement
///

reviewed by the defendant. The parties agree that time should continue to be excluded due to the pending motion to suppress.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Dated: September 13, 2005    /s/ Maria J. Fonseca
                             Telephonically authorized to sign
                                 for JASON HITT
                                 Assistant U.S. Attorney

                             Attorney for Plaintiff

Dated: September 13, 2005    /s/ Maria J. Fonseca
                             MARIA J. FONSECA

                             Attorney for Defendant Ledesma

**O R D E R**

FOR GOOD CAUSE, IT IS SO ORDERED.

Dated: September_15, 2005

_____
DAVID F. LEVI
United States District Judge

US v. Bernal
CR S-05-00145 DFL
Stipulation to Continue/Proposed Order