IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 05-145 DFL |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | DEFENDANT LEDESMA'S OBJECTION |
| v. | ) | TO THE PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| ROSALVA BERNAL, and | ) | |
| BENITO LEDESMA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On February 16, 2006, defendant Benito Ledesma came before the Court for judgment and sentencing in this Case. During the sentencing hearing, counsel for the defendant, Maria Fonseca, Esq., objected to the Presentence Investigation Report (PSR) prepared by the Court's Probation Officer. Specifically, counsel objected to application of the statutory 60-month mandatory minimum sentence and the Probation Officer's calculation of an Offense Level of 23, Criminal History category I, and a sentencing range of 46 to 57 months. (PSR ¶61 at 14-15.) Defense counsel objected based upon application of the so-called "safety valve" provision set forth in 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2.

Counsel for the government and the Probation Officer represented to the Court that the defendant is entitled to a sentence below the mandatory minimum of 60 months and a 2-level

1

decrease in offense level because he meets the criteria set forth in 18 U.S.C. §§ 3553(f)(1)-(5) and U.S.S.G. § 5C1.2.  Based upon the safety-valve provisions, the Court found an Offense level of 21, Criminal History Category I, and a Sentencing Range of 37-46 months.  Following the recommendation of the government and the Probation Officer, the Court imposed a sentence of 37 months imprisonment.

Therefore, based upon the representations of counsel and the Probation Officer, defendant's Objection to the Presentence Investigation Report is GRANTED consistent with the findings set forth in this Order and stated on the record at the February 16, 2006, sentencing hearing.

IT IS SO ORDERED.

Date: 2/17/2006

---
DAVID F. LEVI
United States District Judge